GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  ggordon@gordonsilver.com
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
E-mail:  birvine@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail:  ghamm@gordonsilver.com
100 West Liberty Street, Ste. 940
Reno, Nevada 89501
Telephone (775) 343-7500
Facsimile (775) 786-0131

SMITH, GAMBRELL & RUSSELL, LLP
BRIAN P. HALL, ESQ.
(*pro hac vice pending*)
Georgia Bar No. 318171
E-mail:  bhall@sgrlaw.com
NICHOLAS J. ROECKER, ESQ.
(*pro hac vice pending*)
Georgia Bar No. 211708
E-Mail: nroecker@sgrlaw.com
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone (404) 815-3500
Facsimile (404) 815-3509

*Proposed Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GLOBAL AXCESS CORP., a Nevada corporation,<br><br>☐ Affects this Debtor.<br>☒ Affects all Debtors.<br>☐ Affects NATIONWIDE MONEY SERVICES, INC., a Nevada corporation.<br>☐ Affects NATIONWIDE NTERTAINMENT SERVICES, INC., a Nevada corporation.<br>☐ Affects EFT INTEGRATION, INC., a Florida corporation. | Case No.: 13-51562<br>Chapter 11<br><br>Pending joint administration with:<br><br>13-51563   Nationwide Money Services, Inc.<br>13-51564   Nationwide Ntertainment Services, Inc.<br>13-51565   EFT Integration, Inc.<br><br>Date:   N/A<br>Time:   N/A |

**DEBTORS' EX PARTE MOTION TO TRANSFER CHAPTER 11 CASES
TO RENO DIVISION PURSUANT TO LOCAL RULE 1015.1(c)**

Global Axcess Corp., a Nevada corporation ("Global"), Nationwide Money Services Inc., a Nevada corporation ("Nationwide"), Nationwide Ntertainment Services, Inc., a Nevada corporation ("Ntertainment"), and EFT Integration, Inc., a Florida corporation ("EFT," together with Global, Nationwide, and Ntertainment, the "Debtors"), debtors and debtors-in-possession,

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-002/2016373.doc

1  hereby move the Court for transfer of the above-referenced Chapter[1] 11 Cases to the Reno
2  Division pursuant to Local Rule 1015.1(c), and respectfully state as follows:

3      1.    Global is a Nevada corporation organized in 1984 and operates primarily through its wholly-owned subsidiaries, Nationwide and Ntertainment, which are both Nevada corporations, and EFT, a Florida corporation, as an independent provider of self-service kiosk services.  The Debtors offer ATM management and support services focused on serving the self-service kiosk needs of merchants, grocers, retailers, and financial institutions nationwide. Nationwide is the primary operating company engaged in the business of operating a network of ATMs across a total of forty-six (46) states.

    2.    On August 5, 2013 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the Chapter 11 cases (the "Chapter 11 Cases").  Debtors filed their Chapter 11 Cases in the Reno Division. Upon filing, the Debtors' Chapter 11 Cases were automatically assigned to the Honorable Mike K. Nakagawa pursuant to Local Rule 1015.1.

    3.    Pursuant to Local Rule 1015.1(c), Debtors respectfully request that the Court allow these Chapter 11 Cases and all proceedings related thereto to proceed in Reno before the presiding judge in Reno, provided that the hearings on certain "first days" currently scheduled for Thursday, August 8, 2013 at 10:00 a.m., are heard no later than August 8, 2013.  Transferring the Chapter 11 Cases to the Reno Division will allow all proceedings related to the Chapter 11 Cases to proceed in one locale, which will facilitate the efficient administration of the Chapter 11 Cases.

    4.    Pursuant to Local Rule 1015.1, this Court has authority to reassign the instant Chapter 11 Cases to the Reno division.  Local Rule 1015.1(c) states:

> Reassignment.  Within five (5) days of the filing of its petition, the debtor may request a transfer of the debtor's case to another division of the court for cause shown and as the interests of justice may require.  The judge

---

[1] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-002/2016373.doc

2

initially assigned to the case shall make the determination of cause and the interests of justice. The debtor may make a request under this subsection on an ex parte basis. Nothing in this section shall affect the right of any other party in interest to request a change of venue to another division.

Wherefore, for the convenience of the parties, Debtors respectfully request that the Chapter 11 Cases be reassigned to the Reno Division before the presiding judge in Reno, and for such other and further relief as the Court deems just and proper.

DATED this 6th day of August, 2013.

                GORDON SILVER

By: /s/ Gabrielle A. Hamm
    GERALD M. GORDON, ESQ.
    BRIAN R. IRVINE, ESQ.
    GABRIELLE A. HAMM, ESQ.
    100 West Liberty Street, Suite 940
    Reno, Nevada 89501

*And*

SMITH, GAMBRELL & RUSSELL, LLP
BRIAN P. HALL, ESQ.
NICHOLAS J. ROECKER, ESQ.
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

*Proposed Counsel to the Debtors and Debtors-in-Possession*

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-002/2016373.doc

3