1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar #CA 117234
2  WILLIAM B. COSSITT, #3484
Office of the United States Trustee
3  300 Booth Street, Room 3009
Reno NV  89509
4  Telephone: (775) 784-5335
Fax: (775) 784-5531
5
6  Attorneys for Acting United States Trustee
August B. Landis
7

8                   UNITED STATES BANKRUPTCY COURT

9                          DISTRICT OF NEVADA

10

11  In re:                              )      Case no: BK-N-13-51562-MKN
                                        )      Chapter: 11
12  GLOBAL AXCESS CORP.,                )
                                        )      US TRUSTEE'S OBJECTION TO
13                                      )      DEBTOR'S EX PARTE MOTION TO
                                        )      TRANSFER CHAPTER 11 CASES TO
14                                      )      RENO DIVISION PURSUANT TO
                                        )      LOCAL RULE 1015.1(c)
15                                      )
                                        )      Hearing Date: August 8, 2013
16                                      )      Hearing Time: 10:00 a.m.
                                        )      Est. Time Req.: 10 min.
17         _____Debtor._____        )

18         The Acting United States Trustee ("US Trustee"), hereby objects to the Debtor's Ex Parte

19  Motion To Transfer Chapter 11 Cases To Reno Division Pursuant To Local Rule 1015.1(c)

20  ("Motion").  The US Trustee represents as follows:

21
22         1.  No cause or basis has been stated for this case to have been filed in Reno instead of

23  Las Vegas;

24         2.  The Debtors' connections to Nevada are primarily in Henderson, not Reno; and

25         3.  Debtors' primary counsel is in Las Vegas, not Reno.

26
27
28
                                        1

This Objection is made pursuant to Local Rules 1015.1 and 1071, the following points and authorities, the pleadings and papers on file with this Court, of which the US Trustee requests the Court take judicial notice, and any argument or evidence presented at the hearing.

## POINTS AND AUTHORITIES

### STANDING

Pursuant to 28 U.S.C. § 586(a)(3), the US Trustee is charged with supervising the administration of cases and trustees under the Bankruptcy Code. To enable the US Trustee to carry out that duty, Congress has granted the US Trustee standing to raise and to "appear and be heard on any issue in any case or proceeding" brought under the Bankruptcy Code. 11 U.S.C. § 307.

### FACTS

1. August 5, 2013, the Debtor filed a voluntary chapter 11 bankruptcy case in the unofficial northern division of the District of Nevada. Docket #1.

2. The same day, three related voluntary chapter 11 cases were also filed in the unofficial northern division of the District of Nevada. BK-N-13-51563, BK-N-51564 and BK-N-51565.

3. All of the Debtors use the same Florida address.

4. The Chief Operating Officer for all the Debtors, David Bagley, is a restructuring professional located in Chicago, Illinois.

5. The Debtors' primary creditors are in Florida.

6. The Debtors' only Nevada creditor is in Las Vegas.

7. The Debtors' Nevada counsel has offices in Reno and Las Vegas, but Gabrielle A. Hamm, Esq., who signed the petitions is located in the Las Vegas office.

8. The Debtors' have no scheduled assets in Reno, eleven ATM machine location agreements located in Carson City, five in Fernley, one in Incline Village, one in Smith, one in Henderson, nine in Fallon, two in Silver Springs, two in Sparks, and hundreds in Texas, New Mexico, and Florida. BK-N-13-51563 Docket #1, pgs. 38-573; 155, 194, 287, 296, 372, 464, 514, and 564-5.

9. Pursuant to the Nevada Secretary of State's records for Global Axcess Corp., the former officers are at 2360 Corporate Circle, Suite 400, Henderson, NV, and a previous bankruptcy had been filed in the Central District of California. See Exhibit "A" attached hereto.

10. Pursuant to the Nevada Secretary of State's records for Nationwide Ntertainment Services, Inc., the current officers are at 2360 Corporate Circle, Suite 400, Henderson, NV. See Exhibit "B" attached hereto.

11. Pursuant to the Nevada Secretary of State's records for Nationwide Money Services Inc., the former officers and the current officers are at 2360 Corporate Circle, Suite 400, Henderson, NV. See Exhibit "C" attached hereto.

## AUTHORITIES

Pursuant to Local Rule 1071, the District of Nevada is one District with two unofficial divisions: north and south. "Petitions must be filed in the division in which venue is based. If a petition is filed in the wrong division, the court may, on its own, transfer it to the appropriate division or retain the case." LR 1071(b).

Local Rule 1015.1 deals primarily with the assignment of judges within the District of Nevada. However, Local Rule 1015.1(c) allows for a debtor to "request a transfer of the debtor's case to another division of the court for cause shown and as the interests of justice may require."

## APPLICATION OF AUTHORITES AND ARGUMENTS

The Motion is improper in that it requests that the cases be transferred to the unofficial northern division of the District of Nevada; but that is where the cases are already venued. Docket #31. The real purpose of the Motion appears to be requesting a judge reassignment, not a venue change. Docket #31, pg. 2, lls. 15-16 ("Debtors respectfully request that the Court allow these Chapter 11 Cases and all proceedings related thereto to proceed in Reno before the presiding judge in Reno."). No cause or basis for a judge reassignment has been stated and a "venue" motion is not a proper pleading for such a request. The Motion should be denied for that reason.

Although Nevada is an allowed venue, for the convenience of the creditors and management of the Debtors, and to minimize administrative expenses, it appears these cases should have been filed in Florida, where the Debtors and the primary creditors are located. There are no connections to Reno, and none have been claimed. Even in the Motion, no cause is given for the selection of Reno or why the judge assigned to these cases should be changed. For the convenience of the parties, the US Trustee requests transfer of the venue to Florida, or in the alternative, to the unofficial southern division in Las Vegas. Reno is less convenient for all the parties than either of these alternative venues.

/ / / / /

/ / / / /

/ / / / /

1

## <u>CONCLUSION</u>

2

WHEREFORE, for all the reasons stated above, the US Trustee respectfully requests the

3

Court transfer the venue to Florida or Las Vegas, and grant such other relief as the Court deems

4

proper.

5

DATED this 7th day of August, 2013.

6

7
Respectfully submitted,

8
Nicholas Strozza, State Bar # CA 117234
William B. Cossitt, State Bar #3484

9
300 Booth Street, #3009
Reno NV 89509

10
(775) 784-5335

11
/s/ WILLIAM B. COSSITT

12
_____

13
Attorneys for Acting United States Trustee
August B. Landis

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

1.    On August 7, 2013, I served the foregoing U.S. OBJECTION TO DEBTOR'S EX PARTE MOTION TO TRANSFER CHAPTER 11 CASES TO RENO DIVISION

2.    I served the above-named document (by the following means to the persons as listed below:

☒    a. ECF System:

- BRIAN P. HALL    bhall@sgrlaw.com
- GABRIELLE A. HAMM    bknotices@gordonsilver.com;bankruptcynotices@gordonsilver.com
- JENNIFER A. SMITH    cobrien@lionelsawyer.com, bklscr@lionelsawyer.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 7TH day of August, 2013.

**/s/ Robbin Little**
ROBBIN LITTLE



# GLOBAL AXCESS CORP.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 5/2/1984 |
| Type: | Domestic Corporation | Entity Number: | C3077-1984 |
| Qualifying State: | NV | List of Officers Due: | 5/31/2014 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19841005879 | Business License Exp: | 5/31/2014 |

## Additional Information

| | |
|---|---|
| Central Index Key: | 0000852570 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | INCORP SERVICES, INC. | Address 1: | 2360 CORPORATE CIRCLE STE 400 |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074-7722 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 50,000.00 |
| Par Share Count: | 50,000,000.00 | Par Share Value: | $ 0.001 |

## Officers

☑ Include Inactive Officers

| Director - KEVIN L REAGER | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | STE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | |
| Status: | Active | Email: | |

| President - KEVIN L REAGER | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | STE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | |
| Status: | Active | Email: | |

| Director - ERIC WEINSTEIN | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Director - LOCK IRELAND | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| President - LOCK IRELAND | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Director - ROBERT LANDIS | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Director - CHRISTOPHER DOUCET | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Treasurer - MICHAEL LOIACONO | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Secretary - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | STE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | |
| Status: | Active | Email: | |

| Treasurer - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | STE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | |
| Status: | Active | Email: | |

| Secretary - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Director - JOSEPH LOUGHRY, III | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | C3077-1984-001 | # of Pages: | 6 |
| File Date: | 5/2/1984 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 00003212957-89 | # of Pages: | 1 |
| File Date: | 6/4/1984 | Effective Date: | |
| 84-85 | | | |

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-003 | # of Pages: | 3 |
| File Date: | 6/29/1984 | Effective Date: | |
| ARTICLE IV - STOCK - $100,000.00 = 10,000,000 @ $.01 | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212958-90 | # of Pages: | 1 |
| File Date: | 5/31/1985 | Effective Date: | |
| 85-86 | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212959-01 | # of Pages: | 1 |
| File Date: | 3/26/1986 | Effective Date: | |
| 86-87 | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212960-33 | # of Pages: | 1 |

| File Date: | 7/16/1987 | Effective Date: | |
|---|---|---|---|
| 87-88 | | | |
| Action Type: | Amendment | | |
| Document Number: | C3077-1984-004 | # of Pages: | 2 |
| File Date: | 1/28/1988 | Effective Date: | |
| SUPER-VIDEO, INC. BZ 001 | | | |
| Action Type: | Annual List | | |
| Document Number: | 00003212962-55 | # of Pages: | 1 |
| File Date: | 5/13/1988 | Effective Date: | |
| 88-89 | | | |
| Action Type: | Amendment | | |
| Document Number: | C3077-1984-005 | # of Pages: | 2 |
| File Date: | 11/14/1988 | Effective Date: | |
| CAPITAL STOCK WAS 25000 | | | |
| BREAKDOWN OF STOCK: 40 MIL. COM. AND 5 MIL. PREF....BOTH @ .001 PAR VALUE. | | | |
| Action Type: | Annual List | | |
| Document Number: | 00003212963-66 | # of Pages: | 1 |
| File Date: | 5/10/1989 | Effective Date: | |
| 89-90 | | | |
| Action Type: | Amendment | | |
| Document Number: | C3077-1984-006 | # of Pages: | 6 |
| File Date: | 11/22/1989 | Effective Date: | |
| SUPER MARKET VIDEO, INC. TLSBZ 002 | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C3077-1984-007 | # of Pages: | 1 |
| File Date: | 12/21/1989 | Effective Date: | |
| DANIEL LEZAK 987 TAHOE BLVD #333 F B | | | |
| P.O. BOX 7202 INCLINE VILLAGAE NV 89450 F B | | | |
| Action Type: | Amendment | | |
| Document Number: | C3077-1984-008 | # of Pages: | 11 |
| File Date: | 12/28/1989 | Effective Date: | |
| CERTIFICATE OF DETERMINATION. DMF | | | |
| Action Type: | Annual List | | |
| Document Number: | 00003212964-77 | # of Pages: | 1 |
| File Date: | 4/17/1990 | Effective Date: | |
| 90-91 | | | |
| Action Type: | Annual List | | |
| Document Number: | 00003212967-00 | # of Pages: | 1 |
| File Date: | 5/21/1991 | Effective Date: | |
| 91-92 | | | |

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-009 | # of Pages: | 8 |
| File Date: | 8/27/1991 | Effective Date: | |

CERTIFICATE OF DETERMINATION. DMF

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212969-22 | # of Pages: | 1 |
| File Date: | 5/28/1992 | Effective Date: | |

92-93

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-010 | # of Pages: | 11 |
| File Date: | 2/2/1993 | Effective Date: | |

CERTIFICATE OF DETERMINATION REGARDING ISSUANCE OF PREFERRED STOCK. 11 pgs DMF

L. A. ENTERTAINMENT, INC. 2 pgs DMFB 003

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 00003179846-28 | # of Pages: | 2 |
| File Date: | 2/2/1993 | Effective Date: | |

L. A. ENTERTAINMENT, INC. 2 pgs DMFB 003

| Action Type: | Registered Agent Resignation | | |
|---|---|---|---|
| Document Number: | C3077-1984-011 | # of Pages: | 1 |
| File Date: | 3/30/1993 | Effective Date: | |

CORPORATION TRUST CO. OF NEVADA SUITE 1600

ONE EAST FIRST STREET RENO NV 89501 TCH

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | C3077-1984-012 | # of Pages: | 1 |
| File Date: | 4/28/1993 | Effective Date: | |

CORPORATION TRUST CO. OF NEVADA SUITE 1600

ONE EAST FIRST STREET RENO NV 89501 T D

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212970-54 | # of Pages: | 1 |
| File Date: | 6/12/1993 | Effective Date: | |

93-94

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-013 | # of Pages: | 11 |
| File Date: | 6/14/1993 | Effective Date: | |

CERTIFICATE OF DESIGNATION. 11 pgs TLS

CERTIFICATE OF AMENDMENT OF CERTIFICATE OF DETERMINATION FILE FEBRUARY 2, 1993. 2pgs TLS

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 00003179849-51 | # of Pages: | 2 |
| File Date: | 6/14/1993 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-014 | # of Pages: | 2 |
| File Date: | 3/11/1994 | Effective Date: | |

CERTIFICATE CONCERNING FILING OF PETITION IN BANKRUPTCY PURSUANT TO NRS

78.626. CASE #: CHAPTER 11 NO. LA94-17852-AA. FILED ON MARCH 1, 1994.

ADDRESS OF COURT WHERE PETITION WAS FILED: UNITED STATES BANKRUPTCY COURT,

CENTRAL DISTRICT OF CALIFORNIA, 255 E. TEMPLE ST., LOS ANGELES, CA 90012-3300. DMF

CAPITAL STOCK WAS 200 MIL. COMMON AND 20 MIL. PREF....BOTH @ .001 PAR VALUE.

DMF

#2 OF 2 FILINGS. CERTIFICATE OF REVERSE STOCK SPLIT PURSUANT TO NRS 78.207.

AMENDED AUTHORIZED STOCK IN CERTIFICATE.BREAKDOWN OF STOCK: 2 MIL. COMMON

AND 200,000 PREF....BOTH @ .001 PAR VALUE. DMF

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 00003179851-94 | # of Pages: | 3 |
| File Date: | 3/11/1994 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-015 | # of Pages: | 3 |
| File Date: | 4/6/1994 | Effective Date: | |

AMENDMENT TO THE CERTIFICATE CONCERNING REVERSE STOCK SPLIT FILED ON MARCH 11,

1994 AMENDING PARAGRAPH (D). DMF

| Action Type: | Registered Agent Resignation | | |
|---|---|---|---|
| Document Number: | C3077-1984-016 | # of Pages: | 1 |
| File Date: | 6/15/1994 | Effective Date: | |

DANIEL LEZAK P.O. BOX 7202

1098 LUCERNE WAY INCLINE VILLAGE NV 89450 TCH

| Action Type: | Reinstatement | | |
|---|---|---|---|
| Document Number: | 20100418801-75 | # of Pages: | 3 |
| File Date: | 8/12/1996 | Effective Date: | |

REINSTATED - REVOKED 2/1/95 TCH

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-018 | # of Pages: | 6 |
| File Date: | 8/15/1996 | Effective Date: | |

CAPITAL STOCK WAS 2,200,000 @ .001 = $2,200 DMF

#1 OF 2. RESTATED ARTICLES OF INCORPORATION FILED AMENDING CORPORATE NAME,

STOCK, DIRECTORS AND ADDING LIMITED LIABILITY PROVISION. (6)PGS. DMF

GERANT INDUSTRIES, INC. DMFB A 00004

#2 OF 2. CERTIFIED COPY (PURSUANT TO NRS 78.622) OF THIRD AMENDED PLAN OF REORGANIZATION FILED. (39)PGS. DMF

BREAKDOWN OF SHARES: 60 MIL. COMMON AND 15 MIL. PREFERRED...BOTH @ .001. DMF

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 00003217875-93 | # of Pages: | 39 |
| File Date: | 8/15/1996 | Effective Date: | |

#2 OF 2. CERTIFIED COPY (PURSUANT TO NRS 78.622) OF THIRD AMENDED PLAN OF REORGANIZATION FILED. (39)PGS. DMF BREAKDOWN OF SHARES: 60 MIL. COMMON AND 15 MIL. PREFERRED...BOTH @ .001. DMF

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-019 | # of Pages: | 8 |
| File Date: | 11/18/1996 | Effective Date: | |

CERTIFICATE OF DESIGNATION FILED DESIGNATING 1,280,550 SHARES OF PREFERRED

STOCK AS SERIES A CONVERTIBLE PREFERRED STOCK. (8) PGS SDB

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212971-65 | # of Pages: | 1 |
| File Date: | 5/18/1997 | Effective Date: | |

97-98

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-020 | # of Pages: | 8 |
| File Date: | 10/10/1997 | Effective Date: | |

CERTIFICATE OF DESIGNATION FILED DESIGNATING 180,000 SHARES OF "SERIES B CONVERTIBLE PREFERRED STOCK WITH A PAR VALUE OF .OO1. (8)PGS. MMR

| Action Type: | Registered Agent Change | | |
|---|---|---|---|
| Document Number: | C3077-1984-021 | # of Pages: | 1 |
| File Date: | 10/8/1998 | Effective Date: | |

CD MANAGEMENT, INC. P.O. BOX 7202

1098 LUCERNE WAY INCLINE VILLAGE NV 89452 EJF

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 00003212972-76 | # of Pages: | 2 |
| File Date: | 8/20/1999 | Effective Date: | |

99-2000

| Action Type: | Reinstatement | | |
|---|---|---|---|
| Document Number: | 20100418707-20 | # of Pages: | 2 |
| File Date: | 8/20/1999 | Effective Date: | |

| | | | |
|---|---|---|---|
| REINSTATED-REVOKED 2-1-99 EJF | | | |
| Action Type: | Amendment | | |
| Document Number: | C3077-1984-023 | # of Pages: | 7 |
| File Date: | 11/10/1999 | Effective Date: | |
| CAPITAL STOCK WAS 75000000 @ .001 = $75,000 MMR | | | |
| RESTATED ARTICLES FILED AMENDING CORPORATE NAME, STOCK, RESIDENT AGENT AND | | | |
| ADDING ARTICLES. (8)PGS. MMR | | | |
| XPLORER, S.A. MMRB 00005 | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C3077-1984-024 | # of Pages: | 1 |
| File Date: | 11/10/1999 | Effective Date: | |
| LEGACY FOUNDATION, THE | | | |
| 2929 SOUTH MARYLAND PARKWAY LAS VEGAS NV 89109 MMR | | | |
| Action Type: | Annual List | | |
| Document Number: | C3077-1984-034 | # of Pages: | 1 |
| File Date: | 5/13/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C3077-1984-033 | # of Pages: | 1 |
| File Date: | 5/11/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C3077-1984-026 | # of Pages: | 1 |
| File Date: | 5/30/2001 | Effective Date: | |
| STEVEN MORTENSEN | | | |
| 2929 SOUTH MARYLAND PKWY LAS VEGAS NV 89109 JEP | | | |
| Action Type: | Restated Articles | | |
| Document Number: | 20120617092-40 | # of Pages: | 8 |
| File Date: | 5/30/2001 | Effective Date: | |
| SECOND RESTATED ARTICLES OF INCORPORATION FILED AMENDING CORPORATE NAME AND REGISTERED OFFICE ADDRESS. NET HOLDINGS.COM, INC. (8)PGS. JEP | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C3077-1984-027 | # of Pages: | 2 |
| File Date: | 7/2/2002 | Effective Date: | |
| STEVEN MORTENSEN | | | |
| 1000 N GREEN VALLEY PKWY HENDERSON NV 89104 EJF | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C3077-1984-028 | # of Pages: | 1 |
| File Date: | 1/2/2003 | Effective Date: | |
| STEVEN MORTENSEN | | | |

20 DAISEY MEADOW TERRACE HENDERSON NV 89074 RAA

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | C3077-1984-032 | # of Pages: | 1 |
| File Date: | 5/22/2003 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-029 | # of Pages: | 2 |
| File Date: | 10/29/2003 | Effective Date: | |

CAPITAL STOCK WAS 100,000,000 AT .001 PER SHARE CHM

(2)PGS (FILING FEE $150) CHM

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | C3077-1984-002 | # of Pages: | 1 |
| File Date: | 4/22/2004 | Effective Date: | |

List of Officers for 2004 to 2005

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C3077-1984-030 | # of Pages: | 2 |
| File Date: | 4/30/2004 | Effective Date: | |

CAPITAL STOCK WAS 150,000,000 SHARES @ $.001 = $150,000.00 PXE

(2) PGS. PXE

| Action Type: | Registered Agent Address Change | | |
|---|---|---|---|
| Document Number: | C3077-1984-031 | # of Pages: | 71 |
| File Date: | 9/10/2004 | Effective Date: | |

INCORP SERVICES, INC. SUITE 1 RXS

6075 SOUTH EASTERN AVE LAS VEGAS NV 891193146 RXS

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | 20050118534-69 | # of Pages: | 2 |
| File Date: | 4/12/2005 | Effective Date: | 4/28/2005 |

4/12/05 FED EX TRK 7922 5429 2399 - ARTICLE IV AMENDING STOCK W/REVERSE SPLIT
Previous Stock Value: Par Value Shares: 475,000,000 Value: $ 0.001 No Par Value Shares: 0 --------
-------------------------------------------------- Total Authorized Capital: $ 475,000.00 New Stock
Value: Par Value Shares: 50,000,000 Value: $ 0.001 No Par Value Shares: 0 -----------------------
------------------------------------ Total Authorized Capital: $ 50,000.00

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20050194741-73 | # of Pages: | 2 |
| File Date: | 5/23/2005 | Effective Date: | |

05-06

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20060143844-62 | # of Pages: | 2 |
| File Date: | 3/7/2006 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|

| Document Number: | 20070591299-64 | # of Pages: | 2 |
|---|---|---|---|
| File Date: | 8/24/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | 20080296150-43 | # of Pages: | 222 |
| File Date: | 4/29/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080385282-28 | # of Pages: | 2 |
| File Date: | 6/2/2008 | Effective Date: | |
| 08-09 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090432014-15 | # of Pages: | 2 |
| File Date: | 5/24/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100179476-47 | # of Pages: | 2 |
| File Date: | 3/23/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110217767-04 | # of Pages: | 2 |
| File Date: | 3/24/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120331404-60 | # of Pages: | 2 |
| File Date: | 5/10/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20130307408-18 | # of Pages: | 2 |
| File Date: | 5/7/2013 | Effective Date: | |
| 13-14 | | | |



# NATIONWIDE NTERTAINMENT SERVICES, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/20/2001 |
| Type: | Domestic Corporation | Entity Number: | C22806-2001 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2014 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20011404724 | Business License Exp: | 8/31/2014 |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | INCORP SERVICES, INC. | Address 1: | 2360 CORPORATE CIRCLE STE 400 |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074-7722 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 10.00 |
| Par Share Count: | 10,000.00 | Par Share Value: | $ 0.001 |

## Officers
☑ Include Inactive Officers

| Director - LOCK IRELAND | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| President - LOCK IRELAND | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Secretary - SHARON JACKSON | | | |
|---|---|---|---|

| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| Treasurer - MICHAEL LOIACONO | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Historical | Email: | |

| President - KEVIN L REAGER | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | USA |
| Status: | Active | Email: | |

| Secretary - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | USA |
| Status: | Active | Email: | |

| Treasurer - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | USA |
| Status: | Active | Email: | |

| Director - KEVIN L REAGER | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | USA |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | C22806-2001-001 | # of Pages: | 1 |
| File Date: | 8/20/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |

| Document Number: | C22806-2001-003 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 10/27/2004 | Effective Date: | |
| NATIONAL REGISTERED AGENTS INC OF STE 204 | | | |
| 1000 E WILLIAM ST CARSON CITY NV 89701 SSH | | | |
| Action Type: | Reinstatement | | |
| Document Number: | 20110452133-22 | # of Pages: | 1 |
| File Date: | 10/27/2004 | Effective Date: | |
| REINSTATED-REVOKED 09-01-2002 SSH | | | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050398053-65 | # of Pages: | 1 |
| File Date: | 8/30/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060494954-23 | # of Pages: | 1 |
| File Date: | 7/31/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070607407-33 | # of Pages: | 1 |
| File Date: | 8/31/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | 20080296150-43 | # of Pages: | 222 |
| File Date: | 4/29/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080587505-00 | # of Pages: | 1 |
| File Date: | 8/31/2008 | Effective Date: | |
| 08-09 | | | |
| Action Type: | Amendment | | |
| Document Number: | 20090159556-62 | # of Pages: | 1 |
| File Date: | 2/17/2009 | Effective Date: | 3/1/2009 |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090649404-28 | # of Pages: | 1 |
| File Date: | 8/28/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100559730-92 | # of Pages: | 1 |
| File Date: | 7/28/2010 | Effective Date: | |

| (No notes for this action) | | | |
|---|---|---|---|
| Action Type: | Amended List | | |
| Document Number: | 20110249345-71 | # of Pages: | 1 |
| File Date: | 4/1/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20110605691-21 | # of Pages: | 1 |
| File Date: | 8/18/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120539733-45 | # of Pages: | 1 |
| File Date: | 8/2/2012 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20130446950-24 | # of Pages: | 1 |
| File Date: | 7/8/2013 | Effective Date: | |
| (No notes for this action) | | | |



# NATIONWIDE MONEY SERVICES INC.

## Business Entity Information

| Status: | Active | File Date: | 12/23/1993 |
|---|---|---|---|
| Type: | Domestic Corporation | Entity Number: | C17069-1993 |
| Qualifying State: | NV | List of Officers Due: | 12/31/2013 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV19931103343 | Business License Exp: | 12/31/2013 |

## Registered Agent Information

| Name: | INCORP SERVICES, INC. | Address 1: | 2360 CORPORATE CIRCLE STE 400 |
|---|---|---|---|
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074-7722 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Other | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| No Par Share Count: | 25,000.00 | Capital Amount: | $ 0 |
|---|---|---|---|
| **No stock records found for this company** | | | |

## Officers

☑ Include Inactive Officers

| Director - KEVIN L REAGER | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Active | Email: | |
| President - KEVIN L REAGER | | | |
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Active | Email: | |
| President - LOCK IRELAND | | | |

| Address 1: | 7800 BELFORT PARKWAY | Address 2: | SUITE 165 |
|---|---|---|---|
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | USA |
| Status: | Historical | Email: | |

| Director - LOCK IRELAND | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | SUITE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | USA |
| Status: | Historical | Email: | |

| Treasurer - MICHAEL J LOIACONO | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | SUITE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | USA |
| Status: | Historical | Email: | |

| Treasurer - MICHAEL J LOIACONO | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Active | Email: | |

| Secretary - SHARON JACKSON | | | |
|---|---|---|---|
| Address 1: | 7800 BELFORT PARKWAY | Address 2: | SUITE 165 |
| City: | JACKSONVILLE | State: | FL |
| Zip Code: | 32256 | Country: | USA |
| Status: | Historical | Email: | |

| Secretary - SHARON M JACKSON | | | |
|---|---|---|---|
| Address 1: | 2360 CORPORATE CIRCLE - SUITE 400 | Address 2: | |
| City: | HENDERSON | State: | NV |
| Zip Code: | 89074-7722 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| Action Type: | Articles of Incorporation | | |
|---|---|---|---|
| Document Number: | C17069-1993-001 | # of Pages: | 3 |
| File Date: | 12/23/1993 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C17069-1993-004 | # of Pages: | 1 |
| File Date: | 1/6/1999 | Effective Date: | |
| CHASE PUBLICATIONS, INC. SUITE 60-A | | | |

| 3305 W. SPRING MOUNTAIN RD. LAS VEGAS NV 89102 CMA | | | |
|---|---|---|---|
| Action Type: | Reinstatement | | |
| Document Number: | 00003691865-18 | # of Pages: | 2 |
| File Date: | 1/6/1999 | Effective Date: | |
| REINSTATED-REVOKED 9-1-97 | | | |
| Action Type: | Registered Agent Resignation | | |
| Document Number: | C17069-1993-005 | # of Pages: | 1 |
| File Date: | 5/13/1999 | Effective Date: | |
| PARACORP INCORPORATED | | | |
| 318 NO. CARSON ST. STE.#208 CARSON CITY NV 89701 EJF | | | |
| Action Type: | Annual List | | |
| Document Number: | C17069-1993-012 | # of Pages: | 1 |
| File Date: | 3/1/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Merger | | |
| Document Number: | C17069-1993-006 | # of Pages: | 2 |
| File Date: | 7/23/2001 | Effective Date: | |
| ARTICLES OF MERGER FILED MERGING GLOBAL ACQUISITION CORP. I, A (NV) CORPORATION #C16504-2001, INTO THIS CORPORATION. (2)PGS. JEP | | | |
| Action Type: | Annual List | | |
| Document Number: | C17069-1993-011 | # of Pages: | 1 |
| File Date: | 1/9/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Change | | |
| Document Number: | C17069-1993-007 | # of Pages: | 1 |
| File Date: | 1/11/2002 | Effective Date: | |
| CORPORATION TRUST COMPANY OF NEVADA | | | |
| 6100 NEIL ROAD #500 RENO NV 89511 RAA | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C17069-1993-008 | # of Pages: | 35 |
| File Date: | 10/21/2002 | Effective Date: | |
| INCORP SERVICES, INC. SUITE 1400 RAS | | | |
| 3675 PECOS-MCLEOD LAS VEGAS NV 891213881 RAS | | | |
| Action Type: | Annual List | | |
| Document Number: | C17069-1993-010 | # of Pages: | 1 |
| File Date: | 12/18/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C17069-1993-013 | # of Pages: | 1 |

| File Date: | 11/7/2003 | Effective Date: | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | C17069-1993-009 | # of Pages: | 71 |
| File Date: | 9/10/2004 | Effective Date: | |
| INCORP SERVICES, INC. SUITE 1 RXS | | | |
| 6075 SOUTH EASTERN AVE LAS VEGAS NV 891193146 RXS | | | |
| Action Type: | Annual List | | |
| Document Number: | C17069-1993-002 | # of Pages: | 1 |
| File Date: | 12/30/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050662404-29 | # of Pages: | 1 |
| File Date: | 12/30/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070085732-94 | # of Pages: | 1 |
| File Date: | 2/6/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070888049-36 | # of Pages: | 1 |
| File Date: | 12/31/2007 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Registered Agent Address Change | | |
| Document Number: | 20080296150-43 | # of Pages: | 222 |
| File Date: | 4/29/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20080770025-81 | # of Pages: | 1 |
| File Date: | 11/26/2008 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20090820820-01 | # of Pages: | 1 |
| File Date: | 11/30/2009 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20100821373-37 | # of Pages: | 1 |
| File Date: | 11/1/2010 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |

| Document Number: | 20110851533-29 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 12/2/2011 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20120801745-50 | # of Pages: | 1 |
| File Date: | 11/28/2012 | Effective Date: | |
| (No notes for this action) | | | |