_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
August 08, 2013

GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
E-mail: birvine@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone (775) 343-7500
Facsimile (775) 786-0131

SMITH, GAMBRELL & RUSSELL, LLP
BRIAN P. HALL, ESQ.
(*pro hac vice pending*)
Georgia Bar No. 318171
E-mail: bhall@sgrlaw.com
NICHOLAS J. ROECKER, ESQ.
(*pro hac vice pending*)
Georgia Bar No. 211708
E-Mail: nroecker@sgrlaw.com
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone (404) 815-3500
Facsimile (404) 815-3509

*Proposed Counsel to the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

GLOBAL AXCESS CORP., a Nevada corporation,

☐ Affects this Debtor.

☒ Affects all Debtors.

☐ Affects NATIONWIDE MONEY SERVICES, INC., a Nevada corporation.

☐ Affects NATIONWIDE NTERTAMENT SERVICES, INC., a Nevada corporation.

☐ Affects EFT INTEGRATION, INC., a Florida corporation.

Case No.: 13-51562
Chapter 11

Jointly administered with:

| | |
|---|---|
| 13-51563 | Nationwide Money Services, Inc. |
| 13-51564 | Nationwide Ntertainment Services, Inc. |
| 13-51565 | EFT Integration, Inc. |

Date: August 8, 2013
Time: 10:00 a.m.

### INTERIM ORDER AUTHORIZING THE CONTINUATION OF MERCHANT OBLIGATIONS

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-001/2008312_4.doc

Global Axcess Corp., Nationwide Money Services, Inc., Nationwide Ntertainment Services, Inc. and EFT Integration, Inc., the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") submitted the *Emergency Motion for Order Authorizing the Continuation of Merchant Obligations* (the "Motion"),[1] which came on for hearing, the Debtors appearing by and through their proposed counsel, the law firms of Smith, Gambrell & Russell, LLP and Gordon Silver, and all other appearances having been noted on the record, and it appearing that the relief requested is necessary to preserve the Debtors' ongoing operations, and to avoid immediate and irreparable harm, and is in the best interests of the Debtors' estates, creditors, and all parties-in-interest; and in light of the circumstances and the emergency nature of the relief requested, it appearing that no further notice be given; for the reasons set forth on the record by the Court at the hearing held on August 8, 2013 at 10:00 a.m., and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not required, in their sole discretion, to pay the earned but unpaid Customer Obligations to the Customers not to exceed $910,000, provided, that the payment of any such amounts shall at all times be subject to the terms and conditions set forth in any approved debtor-in-possession financing facility and the then applicable debtor-in-possession financing order.

3. All applicable Banks and other financial institutions are authorized to receive, process, honor and pay any and all checks relating to the Customer Obligations, whether presented prior to or after the Petition Date, to the extent that sufficient funds exist in Debtors' accounts to cover such payment.

4. The relief granted in this Order shall not constitute or be deemed to be an express or implied assumption by the Debtors or their estates of any agreement, policy, plan, program, practice, procedure or liability, pursuant to section 365 of the Bankruptcy Code or otherwise.

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-001/2008312_4.doc

2

6.  The Court finds and determines that the requirements of Bankruptcy Rule 6003 and Bankruptcy Rule 6004 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

7.  This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order

8.  The Debtors' request for additional funds up to a maximum aggregate amount of $2,000,000 will be considered at a final hearing scheduled for August 16, 2013.

9.  The provisions of Local Bankruptcy Rule 9021(b)(2) and Bankruptcy Rules 6003 and 6004(h) are expressly waived.

IT IS SO ORDERED.

PREPARED AND SUBMITTED:

GORDON SILVER

By: *(signature)*
GERALD M. GORDON, ESQ.
BRIAN R. IRVINE, ESQ.
GABRIELLE A. HAMM, ESQ.
100 West Liberty Street, Ste. 940
Reno, Nevada 89501

*And*

Brian P. Hall
GA Bar No. 318171
Nicholas J. Roecker
GA Bar No. 211708
SMITH, GAMBRELL & RUSSELL, LLP
Promenade, Suite 3100
1230 Peachtree Street N.E.,
Atlanta, GA 30309
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

*Proposed Counsel to the Debtors and Debtors-in-Possession*

Gordon Silver
Attorneys At Law
100 W. Liberty Street,
Suite 940
Reno, Nevada 89501
(775) 343-7500

104281-001/2008312_4.doc

3

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

APPROVED/~~DISAPPROVED~~:
Danielle W. Juhle, Esq. / Ryan J. Works, Esq.
Counsel for Fifth Third Bank and Fifth Third Equipment Finance

APPROVED/~~DISAPPROVED~~:
Van C. Durrer, II, Esq. / Jennifer A. Smith, Esq.
Counsel for Financial Consulting & Trading International

APPROVED/~~DISAPPROVED~~:
William B. Cossitt, Esq.
Office of the United States Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

104281-001/2008312_4.doc

4