GORDON SILVER
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: ggordon@gordonsilver.com
BRIAN R. IRVINE, ESQ.
Nevada Bar No. 7758
E-mail: birvine@gordonsilver.com
GABRIELLE A. HAMM, ESQ.
Nevada Bar No. 11588
E-mail: ghamm@gordonsilver.com
100 West Liberty Street, Suite 940
Reno, Nevada 89501
Telephone (775) 343-7500
Facsimile (775) 786-0131

SMITH, GAMBRELL & RUSSELL, LLP
BRIAN P. HALL, ESQ.
(Admitted *pro hac vice*)
Georgia Bar No. 318171
E-mail: bhall@sgrlaw.com
NICHOLAS J. ROECKER, ESQ.
(Admitted *pro hac vice*)
Georgia Bar No. 211708
E-Mail: nroecker@sgrlaw.com
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone (404) 815-3500
Facsimile (404) 815-3509

*Proposed Attorneys for Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.: 13-51562-MKN<br>Chapter 11 |
|---|---|
| GLOBAL AXCESS CORP., a Nevada corporation, | Jointly Administered with: |
| ☐ Affects this Debtor.<br>☒ Affects all Debtors.<br>☐ Affects NATIONWIDE MONEY SERVICES, INC., a Nevada corporation.<br>☐ Affects NATIONWIDE NTERTAINMENT SERVICES, INC., a Nevada corporation.<br>☐ Affects EFT INTEGRATION, INC., a Florida corporation. | 13-51563    Nationwide Money Services, Inc.<br>13-51564    Nationwide Ntertainment Services, Inc.<br>13-51565    EFT Integration, Inc.<br><br>Date: August 16, 2013<br>Time: 11:00 a.m. |

**AGENDA FOR AUGUST 16, 2013, AT 11:00 A.M. HEARINGS RE: DEBTORS' FIRST DAY MOTIONS AND APPLICATIONS**

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104281-002/2024170.doc

1. *Emergency Motion for Order Pursuant To 11 U.S.C. § 366: (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* (**"Utility Motion"**)

| FILED | ECF | DOCUMENT |
|---|---|---|
| 8/5/2013 | 10 | Utility Motion |
| 8/5/2013 | 15 | Omnibus Declaration of David Bagley in Support of Debtors' First Day Motions and Related Relief ("Bagley Omnibus Declaration") |
| 8/6/2013 | 28 | Notice of Hearing and Order Shortening Time to Hear Debtors' Motion to Limit Notice, Utilities Motion, Cash Management Motion, and Merchant Motion ("Notice of Hearing and OST") |
| 8/13/2013 | 68 | Kurtzman Carson Consultant's Certificate of Service |

**STATUS:**    **\*\*UNOPPOSED\*\***

2. *Emergency Motion For Entry of an Order Limiting Notice to Certain Parties* (**"Limit Notice Motion"**)

| FILED | ECF | DOCUMENT |
|---|---|---|
| 12/22/11 | 8 | Limit Notice Motion |
| 8/5/2013 | 15 | Bagley Omnibus Declaration |
| 8/6/2013 | 28 | Notice of Hearing and OST |
| 8/13/2013 | 68 | Kurtzman Carson Consultant's Certificate of Service |

**STATUS:**    **\*\*UNOPPOSED\*\***

3. *Emergency Motion for Order Authorizing the Continuation of Merchant Obligations* (**"Merchant Motion"**)

| FILED | ECF | DOCUMENT |
|---|---|---|
| 8/5/2013 | 12 | Merchant Motion |
| 8/5/2013 | 15 | Bagley Omnibus Declaration |
| 8/6/2013 | 28 | Notice of Hearing and OST |
| 8/8/2013 | 56 | Interim Order Authorizing the Continuation of Merchant Obligations |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104281-002/2024170.doc

| 8/13/2013 | 68 | Kurtzman Carson Consultant's Certificate of Service |

4.  *Emergency Motion for Order (A) Approving the Continued Use of Existing Bank Accounts, and (B) Authorizing Banks to Honor Pre-Petition Checks for Payroll and Related Items* (**"Cash Management Motion"**)

| FILED | ECF | DOCUMENT |
|---|---|---|
| 8/5/2013 | 11 | Cash Management Motion |
| 8/5/2013 | 15 | Bagley Omnibus Declaration |
| 8/6/2013 | 28 | Notice of Hearing and OST |
| 8/13/2013 | 68 | Kurtzman Carson Consultant's Certificate of Service |

STATUS:    **UNOPPOSED**

5.  *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and 507 for Order Authorizing Debtor to: (A) Use Cash Collateral on an Emergency Basis Pending a Final Hearing; (B) Incur Postpetition Debt on an Emergency Basis Pending a Final Hearing; and (C) Grant Adequate Protection and Provide Security and Other Relief to Fifth Third Bank and Fifth Third Equipment Finance Company* (**"Cash Collateral Motion"**)

| FILED | ECF | DOCUMENT |
|---|---|---|
| 8/5/2013 | 14 | Cash Collateral Motion |
| 8/5/2013 | 15 | Bagley Omnibus Declaration |
| 8/8/2013 | 46 | US Trustee's Objection to Debtors' Motion to Approve Postpetition Financing |
| 8/9/2013 | 60 | Order Granting Cash Collateral Motion on Interim Basis and Setting Final Hearing |
| 8/13/2013 | 70 | Kurtzman Carson Consultant's Certificate of Service re Notice of Entry of Order Granting Cash Collateral on Interim Basis and Setting Final Hearing |

STATUS:    OUST Opposition still pending.

6.  *Emergency Motion for Order (A) Approving Auction Procedures and Bid Procedures; (B) Approving Form and Manner of Notices; (C) Approving Form of Asset Purchase Agreement, Including Break-Up Fee; (D) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale and Related Matters; (E) Granting Related Relief* (**"Sale Procedures Motion"**)

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104281-002/2024170.doc

3

| FILED | ECF | DOCUMENT |
|---|---|---|
| 8/6/2013 | 33 | Sale Procedures Motion |
| 8/5/2013 | 15 | Bagley Omnibus Declaration |
| 8/8/2013 | 53 | Notice of Hearing and OST re Debtors' Sale Procedures Motion |
| 8/9/2013 | 62 | Errata to Sales Procedures Motion |
| 8/13/2013 | 69 | Kurtzman Carson Consultant's Certificate of Service |

**STATUS:** **\*\*UNOPPOSED\*\***

7. Miscellaneous housekeeping items:

 a. Re-Noticing § 341(a) Meeting;

 b. Scheduling hearings on various retention applications, the KEIP Motion, and any other matters requiring a hearing.

DATED this 15th day of August, 2013.

GORDON SILVER

By: /s/ Gabrielle Hamm
GERALD M. GORDON, ESQ.
BRIAN R. IRVINE, ESQ.
GABRIELLE A. HAMM, ESQ.
100 West Liberty Street, Suite 940
Reno, Nevada 89501

*And*

SMITH, GAMBRELL & RUSSELL, LLP
BRIAN P. HALL, ESQ.
NICHOLAS J. ROECKER, ESQ.
Promenade II, Suite 3100
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309

*Proposed Counsel for Debtors and Debtors-in-Possession*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

104281-002/2024170.doc

4